JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

NAREK MELIKSETYAN,

     Petitioner,

     v.

PAMELA BONDI, et al.,

     Respondents.

No. 5:26-cv-02554-BFM

**JUDGMENT**

Pursuant to the Order Granting Petition (ECF 11), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Claim Two. Respondents report that Petitioner has been released from Respondents' custody. (ECF 12 at 1.) The Court therefore directs the Clerk of Court to close this case.

DATED: MAY 27, 2026

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE